DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEON VILLAFANA-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-0447 LJO |
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING; ORDER THEREON |
| v. | |
| LEON VILLAFANA-SOTO, | Date: January 22, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Leon Villafana-Soto, that the hearing currently set for January 15, 2010 at 9:00 a.m. **may be continued to January 22, 2010, at 9:00 a.m. for plea and sentencing.**

This continuance request is made because counsel for Defendant Villafana-Soto will be unavailable on the current date of January 15, 2010. Assistant United States Attorney, Susan Phan, does not oppose this continuance.

This continuance will conserve time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: January 14, 2010        By: /s/ *Susan Phan*
                                          SUSAN PHAN
                                          Assistant United States Attorney
                                          Counsel for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: January 14, 2010        By: /s/ *Victor M. Chavez*
                                          VICTOR M. CHAVEZ
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Leon Villafana-Soto

**ORDER**

**IT IS SO ORDERED.**

DATED: January 14 , 2010

                                        /s/ Lawrence J. O'Neill
                                        LAWRENCE J. O'NEILL, Judge
                                        United States District Court
                                        Eastern District of California